## BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. COMPTON.

(Decided June 10, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

TILLMAN, BRADLEY & MORROW, and E. L. ALL, for appellant. SMITH & WILKINSON, for appellee.

PER CURIAM.—No judgment entry and appeal is dismissed.

ANDERSON, C. J., MAYFIELD, SOMERVILLE and THOMAS, JJ., concur.